E-FILED-6/16/17

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAVINDRA SINGH, Derivatively on Behalf of ARROWHEAD PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br>  v.<br><br>CHRISTOPHER R. ANZALONE, KENNETH A. MYSZKOWSKI, DOUGLASS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, and MICHAEL S. PERRY,<br><br>        Defendants,<br>  -and-<br><br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>        Nominal Defendant. | Case No. 2:17-cv-03160-PSG-PJW<br>2:17-cv-03207- PSG-PJW<br><br>[~~PROPOSE~~D] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS<br><br><br><br><br><br><br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A ____<br>Date Action Filed: April 27, 2017 |

[*Caption continued on following page*]

| | |
|---|---|
| LESVIA LUCAS, Derivatively on Behalf of ARROWHEAD PHARMACEUTICALS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER R. ANZALONE, KENNETH A. MYSZKOWSKI, DOUGLASS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, and MICHAEL S. PERRY,<br><br>            Defendants,<br>        -and-<br><br>ARROWHEAD PHARMACEUTICALS, INC., a Delaware corporation,<br><br>            Nominal Defendant. | Case No. 2:17-cv-03207-PSG-PJW<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A ____<br>Date Action Filed: April 28, 2017 |

The Court has reviewed the parties' Stipulation Consolidating Related Actions, Appointing Lead Counsel, and Related Matters. Good cause appearing, the Court hereby orders as follows:

### CONSOLIDATION

1. The following Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Singh v. Anzalone, et al.* | 2:17-cv-03160-PSG-PJW | 04/27/2017 |
| *Lucas v. Anzalone, et al.* | 2:17-cv-03207-PSG-PJW | 04/28/2017 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE ARROWHEAD PHARMACEUTICALS, INC. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) Lead Case No. 2:17-cv-03160-PSG-PJW <br> ) <br> ) (Consolidated with Case No. 2:17-cv-03207-PSG-PJW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

3. The files of the Consolidated Action shall be maintained in one file under Master File No. 2:17-cv-03160-PSG-PJW.

### APPOINTMENT OF A LEADERSHIP STRUCTURE

4. Lead counsel for plaintiffs ("Lead Counsel") in the Consolidated Action are:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH

- 1 -

SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
ssanders@robbinsarroyo.com

5.   Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

6.   Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

7.   Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with Defendants' counsel on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

8.   Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

**SCHEDULE FOR THE CONSOLIDATED ACTION**

9.   Defendants need not respond to either of the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to, this Court which arises out of the same or similar facts and allegations as contained in the Related Actions. Rather, plaintiffs shall file, within forty-five (45) days of entry of this Order, a consolidated complaint or

1  designate a previously-filed complaint as the operative complaint (the "Consolidated
2  Complaint"), which will supersede all existing complaints filed in the Related
3  Actions and any other action that may be consolidated herewith.

4      10.    Within fourteen (14) days of the filing or designation of the
5  Consolidated Complaint, counsel for the parties shall meet and confer regarding a
6  stipulation concerning timing for briefing and hearing Defendants' responses to the
7  Consolidated Complaint, and shall submit such stipulation to the Court for approval.

8  **RELATED MATTERS**

9      11.    Defendants' counsel accepts service on behalf of all Defendants not
10 already served.

11     12.    Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-
12 mail of any document required to be served in the Consolidated Action.

13     13.    This Order shall apply to each case, arising out of the same or similar
14 transactions and/or events as the Related Actions which is subsequently filed in,
15 remanded to, or transferred to this Court.

16     14.    When a case which properly belongs as part of the *In re Arrowhead*
17 *Pharmaceuticals, Inc. Shareholder Derivative Litigation*, Lead Case No. 2:17-cv-
18 03160-PSG-PJW, is hereafter filed in, remanded to, or transferred to this Court,
19 counsel for the parties shall call such filing, remand, or transfer to the attention of the
20 clerk of this Court for purposes of moving the Court for an order consolidating such
21 case(s) with *In re Arrowhead Pharmaceuticals, Inc. Shareholder Derivative*
22 *Litigation*, Lead Case No. 2:17-cv-03160-PSG-PJW. Counsel for the parties will
23 further assist in assuring that counsel for the parties in such subsequent action(s)
24 receive notice of this Order. Case no. CV 17-3207 PSG is administratively closed.

25     IT IS SO ORDERED.

26 Dated: 6/16/17

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

28 1172881